UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JEFF S. BERRY,
    Plaintiff,

v.

**JUDGMENT**

No. 5:17-CV-635-FL

SOUTHERN STATES COOPERATIVE,
INC., a Virginia Corporation,
SAMMY FIELDS, and HANK GRADY,
    Defendants.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 13, 2018, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is GRANTED. Plaintiff's Title VII claims against defendants are dismissed without prejudice. Plaintiff's remaining state law claims are remanded to Wayne County Superior Court for further proceedings.

**This Judgment Filed and Entered on September 13, 2018, and Copies To:**
Glenn A. Barfield (via CM/ECF Notice of Electronic Filing)
Sara Salehi Ash (via CM/ECF Notice of Electronic Filing)
Wayne County Clerk of Superior Court (via U.S. Mail)

September 13, 2018        PETER A. MOORE, JR., CLERK
                                      /s/ Susan W. Tripp
                                      (By) Susan W. Tripp, Deputy Clerk